FILED
CLERK, U.S. DISTRICT COURT

OCT 1 7 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

5:21cr00178 JGB-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. | Allegations of Violations of Probation |
| TRISTAN Jon Taylor | Supervised Release) Conditions of Release) |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged
violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will
reasonably assure:

(A)   (✓)   the appearance of defendant as required; and/or

(B)   (✓)   the safety of any person or the community.

//

//

1        The court concludes:

2    A.    (✓ Defendant poses a risk to the safety of other persons or the community

3          because defendant has not demonstrated by clear and convincing

4          evidence that:

5          • SUBMISSION, TO DETONTION

6          • UNDERLYING ALLEGATIONS OF

7            NEW OFFENSE

8          _____

9

10   (B)   (✓ Defendant is a flight risk because defendant has not shown by clear

11         and convincing evidence that:

12         • SUBMISSION TO DETONTION

13         _____

14         _____

15         _____

16

17       IT IS ORDERED that defendant be detained.

18

19   DATED: 10/17/25

20

21

22

23                          DAVID T. BRISTOW
                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

2